| Prob22 (Rev 3/98) | DOCKET NUMBER (Tran. Court) 2:06CR20296-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) 3:13-00160 |

| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE  Michael McCrillis | DISTRICT WESTERN DISTRICT OF TENNESSEE | DIVISION MEMPHIS |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable J. Daniel Breen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 4/1/11 — TO 3/31/14 |

OFFENSE

Escape From Official Custody of a Federal Community Corrections Facility

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Western Tennessee

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/13/12
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Middle Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-25-13
Date

United States District Judge