UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00158, 3:13-00159, 3:13-001560 |
| ) | CHIEF JUDGE HAYNES |
| MICHAEL MCCRILLIS ) | |

MOTION TO RESCHEDULE REVOCATION HEARING

[handwritten annotation: Granted. This matter is reset for the date and time shown.]

Comes the defendant, Michael McCrillis, through undersigned counsel, and hereby requests the revocation hearing, presently scheduled for February 7, 2014, at 3 PM, be rescheduled for at least sixty (60) days until _April 11, 2014 at 4:00 pm_ 2014, to allow undersigned counsel adequate opportunity to investigate the allegations contained in the Petition for Revocation of Supervised Release (DE 4).

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Michael McCrillis

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I electronically filed the foregoing Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Byron M. Jones, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Mariah A. Wooten
Mariah A. Wooten